**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL MARQUEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>AWA COLLECTIONS,<br><br>        Defendants. | No.   CV 16-550 PA (ASx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's June 6, 2016 Minute Order dismissing the First Amended Complaint filed by plaintiff Miguel Marquez ("Plaintiff") without leave to amend and dismissing the action with prejudice;

It is therefore now ORDERED, ADJUDGED, and DECREED that defendant AWA Collections ("Defendant") shall have judgment in its favor against Plaintiff.

It is further ORDERED, ADJUDGED, and DECREED that this action is dismissed with prejudice.

1  It is further ORDERED, ADJUDGED, and DECREED that Plaintiff take nothing and
2 that Defendant shall have its costs of suit.

4 DATED: June 6, 2016

_____
Percy Anderson
United States District Judge

-2-